UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CAROLYN R. JOHNSON | CIVIL ACTION NO. 07-0070 |
| versus | JUDGE HICKS |
| ENTERGY, ET AL. | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil action be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and failure to make timely service of the complaint.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of June, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE